IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SHERDAY COLE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 2:19-CV-00489-KOB |
| | ) |
| RENEAU INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter comes before the court on Plaintiff Sherday Cole's motion for default judgment against Defendant Reneau Inc., pursuant to Rule 55(b) of the Federal Rules of Civil Procedure. (Doc. 17.) For the reasons explained in the accompanying memorandum opinion, the court GRANTS Ms. Cole's motion for default judgment as to liability (Doc. 17) and grants her leave to provide evidence for damages pursuant to her FLSA claim. Ms. Cole may file an amended motion with the court on or before October 30, 2019.

**DONE** and **ORDERED** this 11th day of October, 2019.

_Karon O. Bowdre_
**KARON OWEN BOWDRE**
CHIEF UNITED STATES DISTRICT JUDGE